**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Racyna Antoinette HENRY,**
**Defendant–Appellant.**

**No. 13–41253**
**Conference Calendar.**

United States Court of Appeals,
Fifth Circuit.

Dec. 16, 2014.

Alan Reeve Jackson, Assistant U.S. Attorney, U.S. Attorney's Office, Tyler, TX, for Plaintiff–Appellee.

Racyna Antoinette Henry, Bryan, TX, pro se.

Before KING, DENNIS, and
SOUTHWICK, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Racyna Antoinette Henry has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir.2011). Henry has filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein, as well as Henry's response. We concur with counsel's assessment that the appeal presents no non-

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

frivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores,* 632 F.3d 229 (5th Cir.2011). Garcia has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

the limited circumstances set forth in 5TH CIR. R. 47.5.4.